UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUC QUOC BUI, | No. 2:15-cv-0846 KJN P |
| Petitioner, | |
| v. | ORDER |
| ERIC HOLDER, | |
| Respondent. | |

    Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the filing fee.

    In his application, petitioner challenges his indefinite detention in the custody of the Department of Homeland Security. Petitioner is incarcerated at the Mesa Verde Community Correctional Facility in Bakersfield, California. Bakersfield is located in Kern County. Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California.

    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. See Brown v. United States, 610 F.2d 672, 677 (9th Cir. 1980) (a petition under § 2241 must be addressed to the district court which has jurisdiction over petitioner or his custodian); see also Braden v. 30th

Judicial Circuit Court, 410 U.S. 484, 495 (1973).

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

    2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

        United States District Court

        Eastern District of California

        2500 Tulare Street

        Fresno, CA 93721

Dated: April 24, 2015

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

Bui0846.100.2241