# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUC QUOC BUI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ERIC HOLDER, Attorney General,<br><br>　　　　Respondent. | Case No.: 1:15-cv-00636-LJO-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 12)<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE<br><br>NO CERTIFICATE OF APPEALABILITY IS REQUIRED |

Petitioner is a federal prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On June 25, 2015, the Magistrate Judge assigned to the case issued Findings and Recommendations to deny the petition on its merits. (Doc. 12). This Findings and Recommendations was served upon all parties and contained notice that any objections were to be filed within twenty-one days from the date of service of that order. On July 10, 2015, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations. (Doc. 15).

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Moreover, no certificate of appealability is required because the detention complained of does not arise out of a process issued by a state court and it is not a proceeding under 28 U.S.C. § 2255. Forde v. U.S. Parole Commission, 114 F.3d 878, 879 (9th Cir. 1997).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 25, 2015 (Doc. 12), is ADOPTED IN FULL;
2. The petition for writ of habeas corpus (Doc. 1), is DENIED;
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file; and,
4. No certificate of appealability is required.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated: **August 1, 2015**  **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE